IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01491-REB-CBS          Date: November 2, 2015
Courtroom Deputy: Ellen E. Miller          FTR – Reporter Deck-Courtroom A402

*Parties:*                                 *Counsel:*

VINCENT GABRIEL,                           *Pro se*

Plaintiff,

v.

EL PASO COUNTY CRIMINAL                    Kenneth R. Hodges   (By telephone)
JUSTICE CENTER, *et al.,*                  Jacob D. Massee

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: STATUS CONFERENCE**
**Court in session:**  12:17 p.m.
Court calls case.  Appearances of *Pro Se* Plaintiff and defense counsel.

Discussion is held regarding pending motions.

**It is ORDERED:**          Plaintiff's MOTION TO SEEK LEAVE OF COURT TO AMEND
COMPLAINT [Docket No. **28,** filed September 30, 2015] is GRANTED,
for reasons as set forth on the record.

Plaintiff's FIRST AMENDED CIVIL RIGHTS COMPLIANT [sic] WITH
REQUEST FOR JURY TRIAL [Docket No. **31**, filed September 30,
2015] (pages 1 through 48)  is accepted for filing as of this date and is the
operative pleading.
Attachments to Docket No. 28 are accepted for filing as attachments to the
First Amended Civil Rights Compliant [sic] With Request for Jury Trial:
Attachment 28-1   pages 1 - 34   Restricted document
Attachment 28-2   pages 1 - 42
Attachment 28-3   pages 1 - 82
Attachment 28-4   pages 1 - 58
Attachment 28-5   page   1 of 1

**It is ORDERED:**   Plaintiff's MOTION TO REQUEST CLASS 1 RESTRICTION FOR ALL SENSITIVE DOCUMENTS PURSUANT TO D.C.COLO.LCivR 7.1(a) and D.C.COLO.LCivR 7.2. [Docket No. **32**, filed October 01, 2015] is GRANTED for reasons as set forth on the record.

**It is ORDERED:**   Defendant El Paso County Justice Center's MOTION TO DISMISS PLAINTIFF'S COMPLAINT (Doc. 2) PURSUANT TO FED. R. CIV. P. 12(b)(6) [Docket No. **9**, filed July 24, 2015]  is DENIED AS MOOT, without prejudice, for reasons as set forth on the record.

**It is ORDERED:**   Defendants Correct Care Solutions and Correctional Care Solutions and Correctional Healthcare Companies MOTION TO DISMISS [Docket No. **10,** filed July 29, 2015] is DENIED AS MOOT, without prejudice,  for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION TO SEEK LEAVE OF COURT TO AMEND COMPLAINT [Docket No. **33**, filed October 01, 2015] is DENIED AS MOOT.

**It is ORDERED:**   Defendant Theresa Pedley Cooper's MOTION TO DISMISS [Docket No. **59**, filed October 21, 2015] is DENIED AS MOOT, without prejudice, for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION TO STAY ALL PROCEEDINGS AND LITIGATION WITH DEFENDANT PEDLEY-COOPER UNTIL AFTER THE DISTRICT JUDGE REVIEWS AND RULES ON PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S OCTOBER 9, 2015 MINUTE ORDER RULING [Docket No. **70**, filed October 28, 2015] is DENIED for reasons as set forth on the record.

It is noted Plaintiff has fourteen (14) days from today in which to file any objections he may wish to file as to the Court's rulings made today.

**It is ORDERED:**   Discovery is STAYED until anticipated Motions to Dismiss as to the First Amended Complaint are decided.

Hearing Concluded.

**Court in recess:**   12:49 p.m.
Time in court:   00: 32

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.