IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 15-cv-01491-REB-CBS

VINCENT GABRIEL,

    Plaintiff,

v.

EL PASO COUNTY CRIMINAL JUSTICE CENTER,
THERESA PEDLEY COOPER,
CORRECT CARE SOLUTIONS,
CORRECTIONAL HEALTHCARE COMPANIES, and
In Theresa Pedley's and her male counterpart's individual capacity as employees of El Paso CJC,

    Defendants.

## ORDER DENYING SECOND AMENDED MOTION TO RECONSIDER [ECF DOC 84] GRANTING DEFENDANT COOPER'S MOTION FOR EXTENSION TO FILE OUT OF TIME

**Blackburn, J.**

The matter before me is plaintiff's **Second Amended Motion To Reconsider [ECF Doc 84] Order Granting Defendant Cooper's Motion for Extension To File Out of Time** [#89],[1] filed November 12, 2015. This is now the third iteration of this motion that plaintiff has filed in as many days. (*See* **Amended Motion To Reconsider [ECF Doc 84] Order Granting Defendant Cooper's Motion for Extension To File Out of Time** [#88], filed November 11, 2015; **Motion To Reconsider [ECF Doc 84] Order Granting Defendant Cooper's Motion for Extension To File Out of Time**

---

[1] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[#88], filed November 10, 2015.)  On the very day the instant motion was filed, I denied plaintiff's Amended Motion [#88].  (**Order Denying Amended Motion To Reconsider [ECF Doc 84] Order Granting Defendant Cooper's Motion for Extension To File Out of Time** [#90], filed November 12, 2015.)  It is not at all apparent how the present, allegedly amended, motion differs substantively (if at all) from its predecessors.  Plaintiff herein seeks the same relief based on the same unavailing arguments that I have considered and rejected previously.

It is inappropriate for plaintiff to continue to flood the docket in this case with redundant motions without seeking to withdraw the prior motion or giving any indication as to why amendment was thought necessary.  I have warned plaintiff in the very recent past that "consider revoking his ability to use the [CM/ECF] system if there continue to be multiple, redundant filings and irregularities in the docketing of submissions." (**Minute Order** at 2 n. 3 [#76], filed October 29, 2015.)  This pattern is disruptive at best.  At this point, it verges on abusive.  The court has inherent authority to curb abusive litigation procedures, regardless whether done from malice or merely ignorance of proper procedure.  Plaintiff's pro se status does not absolve him of the responsibility for complying with the rules and procedures of this court as he litigates his claims.

I therefore again specifically advise and warn plaintiff to cease filing multiple, redundant motions or risk loss of his electronic filing privileges and possible further sanctions from this court.

**THEREFORE, IT IS ORDERED** that plaintiff's <u>Second</u> **Amended Motion To Reconsider [ECF Doc 84] Order Granting Defendant Cooper's Motion for**

**Extension To File Out of Time** [#89], filed November 12, 2015, is denied.

Dated November 13, 2015, at Denver, Colorado.

                                            **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge